ABRAHAM SELDIN, Appellant, *v.* NIXON REALTY CORPORATION, Respondent.*

Supreme Court, Appellate Term, First Department, May 1, 1935.

*Jeanette E. Kaye*, for the appellant.

No respondent's brief.

PER CURIAM. Defendant acquiesced in the submission to the jury of the issues as formulated by the trial judge in his charge; and as it must be assumed that the new trial was ordered upon defendant's exceptions (Rule 224) and there is no exception which presents prejudicial error, the order appealed from cannot be sustained.

Order reversed, with costs, and verdict reinstated.

All concur; present, HAMMER, CALLAHAN and SHIENTAG, JJ.